AO 10
Rev. 1/2013

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2012

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Cudahy, Richard D. | Court of Appeals/7th Circuit | 05/15/2013 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Senior Circuit Judge | ☐ Nomination Date<br>☐ Initial ✔ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2012<br>to<br>12/31/2012 |

**7. Chambers or Office Address**

Chambers 2648
219 South Dearborn Street
Chicago, IL 60604

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Chairman of the Board of Directors | Cudahy Fund |
| 2. | Chairman | Gender Bias Committee/7th Circuit Court of Appeals |
| 3. | Member and Fellow | American Bar Association |
| 4. | Member, Council Group | American Bar Association Section on Public Utilities, Communications & Transportation |
| 5. | Member | The Lawyers Club of Chicago |
| 6. | Member | Federal Judges' Association |
| 7. | Trustee Emeritus and Member of Investment Committee Emeritus | Catholic Theological Union, Chicago, Illinois |
| 8. | Member | American Legion |
| 9. | Co-Trustee | F T #1, #2 |
| 10. | Member | Union League Club of Chicago |
| 11. | Member | Advisory Committee to the Center for International Human Rights at Northwestern University |
| 12. | Member | Foundation Advisory Board of the International Aviation Law Institute at DePaul University |
| 13. | Member | Visiting Committee of the University of Chicago Divinity School |
| 14. | Honorary Judicial Member | IPLAC - Intellectual Property Law Association of Chicago |
| 15. | Member | Judicial Advisory Board of the American Society of International Law |

| Name of Person Reporting | Date of Report |
|---|---|
| Cudahy, Richard D. | 05/15/2013 |

16.  Editor                                                      Infrastructure Quarterly, American Bar Association Section of Public Utility, Communications and Transportation Law

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑    NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cudahy, Richard D. | 05/15/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2012 | Prudential Retirement (formerly ▓ Cudahy Pension Plan B) | $1,451.40 |
| 2. 2012 | West Services, book royalties | $3,034.29 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | St. Louis University | October 11 - 13, 2012 | St. Louis, MO | Childress Lecture Program | air fare, lodging, meal |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cudahy, Richard D. | 05/15/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✔] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cudahy, Richard D. | 05/15/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | | | | | | | | | |
| 2. -MassMutual Life Ins. Policy (X) | A | Interest | K | T | Buy | 12/28/55 | K | | |
| 3. -Cash Northern Trust Chicago | A | Interest | J | T | | | | | |
| 4. -Cash Marshall&Ilsley Milw | A | Interest | J | T | | | | | |
| 5. | | | | | | | | | |
| 6. *Schwab Govt Money Fund | A | Interest | L | T | | | | | |
| 7. *U S Treas Note | C | Interest | M | T | | | | | |
| 8. *Brazil Federative Rep | D | Interest | M | T | | | | | Amort/Accrete |
| 9. *Rockland County, NY | C | Interest | M | T | Buy | 08/28/12 | M | | " |
| 10. *Philadelphia, PA | C | Interest | M | T | | | | | " |
| 11. *New York, NY | C | Interest | M | T | | | | | " |
| 12. *Charlottesville, VA | B | Interest | M | T | Buy | 08/01/12 | M | | " |
| 13. *Perth Amboy, NJ | C | Interest | M | T | Buy | 06/06/12 | M | | " |
| 14. *MA St GO BNDS | C | Interest | M | T | | | | | " |
| 15. *Boston, MA GO BDS | C | Interest | M | T | | | | | " |
| 16. *Los Angeles CA Uni Schl Dist | C | Interest | M | T | | | | | " |
| 17. *TN St GO BNDS | C | Interest | M | T | | | | | " |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cudahy, Richard D. | 05/15/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. *Canada Govt | B | Interest | M | T | | | | | |
| 19. *Lincoln, NEB | B | Interest | M | T | Buy | 08/01/12 | M | | Amort/Accrete |
| 20. *Hawaii State GO BNDS | C | Interest | M | T | | | | | " |
| 21. *Ishares JPM Emerg Mkt Bond | D | Interest | M | T | | | | | |
| 22. *HDFC BK Ltd ADR Repstg 3 shs | A | Dividend | K | T | | | | | |
| 23. *Ishares Tr FTSE XNHUA IDX | A | Dividend | K | T | | | | | |
| 24. *Albuquerque NM MSD GO SCH BL | C | Interest | M | T | | | | | Amort/Accrete |
| 25. *Mississippi ST | C | Interest | M | T | | | | | |
| 26. *Arlington TX ISD | C | Interest | M | T | | | | | Amort/Accrete |
| 27. *Gulf Coast Waste TX | C | Interest | M | T | | | | | " |
| 28. *Ishares Tr US Pfd Stk Idx | D | Dividend | L | T | Buy | 11/30/12 | L | | |
| 29. *Maricopa Cnty AZ Dist No-ref Bd | C | Interest | M | T | | | | | Amort/Accrete |
| 30. *New York ST | | | | | Matured | 04/15/12 | L | | " |
| 31. *Arlngton TX Perm IMPT | C | Interest | M | T | | | | | " |
| 32. *St. Louis Co. MO Pkwy SDGOBDS | C | Interest | M | T | | | | | " |
| 33. *Arcos Dorados Hldng IN Shs Class A | | | | | Sold | 02/16/12 | K | | |
| 34. *BHP Billiton Ltd Sponsored ADR | | | | | Sold | 06/28/12 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cudahy, Richard D. | 05/15/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. *China Pete & Chem Corp Spon ADR H Shares | | | | | Sold | 02/21/12 | K | A | |
| 36. *China Unicom (Hong Kong Sponsd ADR) | A | Dividend | K | T | Sold | 02/06/12 | K | | |
| 37. | | | | | Buy | 10/15/12 | K | | |
| 38. *CNOOC Ltd. Sponsd ADR | A | Dividend | K | | Buy | 02/21/12 | K | | |
| 39. *LyondellBasell Industr shs A | A | Dividend | K | T | Buy | 9/13/12 | K | | |
| 40. *Companhia De Bebidas Das Amers Ambev | A | Dividend | K | T | | | | | |
| 41. *Eco Petrol SA Spons ADS | B | Dividend | K | T | Buy | 08/21/12 | K | | |
| 42. *Canadian Pac Ry Ltd. Com | A | Dividend | K | T | Buy | 11/30/12 | K | | |
| 43. *Ishares TR DJ Sel Div Inx | D | Dividend | M | T | Buy | 11/30/12 | M | | |
| 44. MFC Ishares Tr (EIDO Indonesia) ETF | A | Dividend | K | T | | | | | |
| 45. *MFC Ishares Inc MSCI Singapore Index Fd | B | Dividend | K | T | | | | | |
| 46. *Shire PLC ADR | B | Dividend | | | Sold | 10/15/12 | K | B | |
| 47. *Ishares Tr S&P Ltn AM 40 | | | | | Buy | 02/06/12 | K | | |
| 48. | | | | | Sold | 08/21/12 | K | | |
| 49. *Baidu Com Inc. Spons ADR Rep A | | | | | Buy | 02/16/12 | K | | |
| 50. | | | | | Sold | 09/12/12 | K | | |
| 51. *Syngenta AG Sponsored ADR | A | Dividend | K | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cudahy, Richard D. | 05/15/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. *SAP AG Spons ADR | A | Dividend | K | T | Buy | 02/06/12 | K | | |
| 53. *Ultrapar Participacoes SA Spons US90 | A | Dividend | K | T | Buy | 08/21/12 | K | | |
| 54. *First Eagle Gold | | | | | Sold | 05/17/12 | L | E | |
| 55. *[SPDR] Streettracks Gold Tr | | | M | T | | | | | Reinv.Div. |
| 56. -(Genworth Life Ins. Co.)/ IRA ROLLOVER - RDC | | | | | | | | | |
| 57. -- Schwab Cash Reserves | A | Interest | M | T | | | K | | |
| 58. --IShares JPM Emrg Mkt Bd (ETF) | B | Interest | | | Sold (part) | 6/11/12 | J | A | |
| 59. --Accenture PLC Ireland Shs Class A | A | Dividend | J | T | | | | | |
| 60. --BRF-Brasil Foods SA Sponsored ADR | | | | | Sold | 05/03/12 | J | | |
| 61. --Core Laboratories N V Com | A | Dividend | | | Sold | 11/19/12 | J | | |
| 62. --Ishares TR FTSE XNHUA IDX (FXI China 25) ETF | D | Interest | L | T | | | | | |
| 63. --Novo-Nordisk A S ADR | A | Dividend | J | T | | | | | |
| 64. --CNOOC Ltd Spon ADR | | Dividend | J | T | Buy | 02/06/12 | J | | |
| 65. --Diageo PLC Spon ADR New DEO | A | Dividend | J | T | Buy | 12/05/12 | J | | |
| 66. | | | | | | | | | |
| 67. -USBank IRA Cash | A | Interest | K | T | | | | | |
| 68. -NuveenTaxExUnitTrusts (3) (Wells Fargo) | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cudahy, Richard D. | 05/15/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -AGE Bank Dep Program (Wells Fargo) | A | Interest | J | T | | | | | |
| 70. -HarrisBnkWinnetka Cash/CashEq | A | Interest | J | T | | | | | |
| 71. -HarrisBnkWinnetka C/D | A | Interest | M | T | | | | | |
| 72. -HarrisBnkWintka Prem Savers | A | Interest | K | T | | | | | |
| 73. -Marshl/IlslyBnkMilw C/D (IRA) now BMO Harris Bank | B | Interest | K | T | | | | | |
| 74. -Nuveen Prem Inc. MuniFund IV (Stifel) | C | Dividend | K | T | | | | | |
| 75. -General Muni MM (Stifel) | A | Dividend | J | T | | | | | |
| 76. VanKampen Advtg Muni Inc Tr II (Stifel) (INVSCO) | C | Dividend | K | T | | | | | |
| 77. -NuveenSelectTaxFreeIncome (Tr 625) (Wells Fargo) | B | Dividend | K | T | | | | | |
| 78. -Nuveen Municipal Value Fund (Wells Fargo) | B | Dividend | K | T | | | | | |
| 79. -Neuberger Berman Mun Fund (Intermediate) (Stifel) | B | Dividend | K | T | | | | | |
| 80. -Blackrock Muni Tr. II (Stifel) | B | Dividend | K | T | | | | | |
| 81. -STIFEL IRA/FUNDAMENTALS MUT FD FROM ROLLOVER | E | | M | T | | | | | Reinv Div. |
| 82. --AIM Intl MF Invsco Int Gr Fd CL Y | A | Dividend | J | T | | | | | " |
| 83. --Artisan Fds Inc. Mid Cap Val Fd Inv Shs | A | Dividend | J | T | Sold (part) | 03/27/12 | J | A | " |
| 84. --Blackrock Equity Div. Instl Cl | B | Dividend | K | T | Buy | 06/25/12 | K | | " |
| 85. --Columbia Funds Ser Tr Marsico Gron Fd Class Z | B | Dividend | K | T | Sold (part) | 03/27/12 | J | A | " |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cudahy, Richard D. | 05/15/2013 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. --DWS Value Series, Inc. Sm Cap Val Fd | A | Dividend | | | Sold | 03/23/12 | J | A | " |
| 87. --Davis New york Venture Fd Inc. CL Y | B | Dividend | K | T | | | | | " |
| 88. --Dodge & Cox Funds Intl Stk Fd | A | Dividend | J | T | | | | | " |
| 89. --Dodge & Cox Inc. Fd | A | Dividend | J | T | Buy (add'l) | 03/26/12 | J | | " |
| 90. --Eagle Ser Sm Cap Grwth Fd Cl 1 | A | Dividend | J | T | Sold (part) | 03/26/12 | J | A | " |
| 91. --Eaton Vance Inc Fd of Boston Cl 1 | A | Dividend | J | T | | | | | " |
| 92. --Fleming Mut Fd Group Inc. JPM Mid-cap Val Fd Sel Shs | B | Dividend | J | T | Sold (part) | 03/26/12 | J | A | " |
| 93. --Franklin US Govt Sec Advsr Cl | A | Dividend | J | T | Buy (add'l) | 03/26/12 | J | | " |
| 94. --Franklin Invs Secs Tr Ltd Mat U.S. Govt Secs Fd Adv | A | Dividend | J | T | Buy (add'l) | 03/26/12 | J | | " |
| 95. --Goldman Sachs Tr Gov Inc Fd Instl Shs | A | Dividend | J | T | Buy (add'l) | 03/26/12 | J | | " |
| 96. --Harbor Fund Bd Fd | B | Dividend | J | T | Buy (add'l) | 03/26/12 | J | | " |
| 97. --Harbor Fund Int'l Fund | B | Dividend | J | T | | | | | " |
| 98. --Hartford Mut Fnds II Growth Fd Class 1 | B | Dividend | K | T | | | | | " |
| 99. --Heartland Value Plus Instl Cl | A | Dividend | J | T | Buy | 03/26/12 | J | | |
| 100. --Highmark Funds Geneva Mid-cap Growth Fiduciary Class | A | Dividend | J | T | Sold | 03/27/12 | J | A | " |
| 101. --Ivy Funds Inc. Mid-cap Grwth Fd Class 1 | A | Dividend | J | T | Sold (part) | 03/26/12 | J | A | " |
| 102. | | | | | Buy (add'l) | 09/24/12 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cudahy, Richard D. | 05/15/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. --Keeley Funds Inc. sm cap value fund Class I | A | Dividend | J | T | Sold | 03/23/12 | J | A | " |
| 104. --Ridgeworth Fnd Sm Cap | A | Dividend | J | T | Buy | 03/23/12 | J | | |
| 105. --MFS Sers Tr X Int'l Grw Fd Cl 1 | B | Dividend | J | T | | | | | " |
| 106. --PIMCO Funds High Yield Fund Class P | A | Dividend | J | T | | | | | " |
| 107. --Pioneer Ser Tr 1 Pioneer Oak Ridge Sm Cap Grwth Fd Sm Cap | A | Dividend | J | T | | | | | " |
| 108. --Pioneer Series Tr 3 Cullen Value Fd Class Y | A | Dividend | | | Sold | 06/26/12 | K | A | " |
| 109. --Vanguard Short Term Fed Fund Investor Shares | A | Dividend | J | T | Buy (add'l) | 03/26/12 | J | | " |
| 110. ▓▓▓▓▓▓▓▓ FT #1 - NORTHERN TR CO-TTE | G | | P2 | T | | | | | B2=div, int, cap gain distributions |
| 111. -Short-term Investments & Cash | | Interest | | T | | | | | |
| 112. -MFB Northern SmallCapIndexFnd (NSIDX) | | Dividend | | T | | | | | reinv of div |
| 113. -MFB Northern Mid-Cap Index Fnd (NOMIX) | | Dividend | | T | | | | | " " " |
| 114. -MFB Northern Fnds Stk Ind Fund (NOSIX) | | Dividend | | T | | | | | " " " |
| 115. -MFB Northern Emerg Mkts Fund (NOEMX) | | Dividend | | T | | | | | " " " |
| 116. -MFB Northern Int'l Equ Fnd Index (NOINX) | | Dividend | | T | | | | | " " " |
| 117. -MFB Northern High-Yield Fix Inc. (NHFIX) | | Dividend | | T | Buy | 05/03/12 | M | | |
| 118. -Orono, MN, Indpt Schl Dist | | Interest | | T | | | | | amort/accrete |
| 119. -Santa Fe NM Com Coll | | Interest | | | Matured | 08/01/12 | M | | " " |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cudahy, Richard D. | 05/15/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.  -Pierce Co. WA Sch Dist 320 | | Interest | | T | | | | | " " |
| 121.  -Washoe Cty NV Schl Dist. | | Interest | | T | | | | | " " |
| 122.  -MFC Flexshares Tr Morningstar (GUNR) Indx | | Interest | | T | Buy | 12/19/12 | M | | |
| 123.  -ALB NMMET Arroyo FL Cntl | | Interest | | T | | | | | |
| 124.  -Portland, OR Sew Sys Rev. | | Interest | | T | | | | | amort/accrete |
| 125.  -Glendale, AZ Wtr & Swr Rev. | | Interest | | T | | | | | " " |
| 126.  -Columbia, MO Sch Dist | | Interest | | T | | | | | " " |
| 127.  -Maryland State | | Interest | | T | | | | | " " |
| 128.  -Kootenai County, ID Sch D    Coeur D'Alene | | Interest | | T | Buy | 11/08/12 | M | | " " |
| 129.  -Univ SC Hgr Ed Rev | | Interest | | T | | | | | " " |
| 130.  -Cache Co. UT Sch Dist | | Interest | | T | | | | | " " |
| 131.  -Eagan, MN | | Interest | | T | | | | | " " |
| 132.  -Univ of Neb. Facs Corp. | | Interest | | T | | | | | " " |
| 133.  -U of Colo Enterpr Sys Rev. | | Interest | | T | | | | | " " |
| 134.  -Union Cnty, NJ | | Interest | | T | | | | | " " |
| 135.  -VA St Pub Schl Auth | | Interest | | T | | | | | " " |
| 136.  -Norwalk, CT | | Interest | | T | | | | | " " |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cudahy, Richard D. | 05/15/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137.  -TX St | | Interest | | T | | | | | " " |
| 138.  -St. Louis Cnty, MO Pkwy Schl Dist | | Interest | | T | | | | | " " |
| 139.  -Overland Park, KS | | Interest | | T | | | | | " " |
| 140.  -Boulder, CO | | Interest | | T | | | | | " " |
| 141.  -N.C. State Cap Imprv. | | Interest | | | Matured | 05/01/12 | M | | |
| 142.  -Johnson City, KS Uni Schl Dist | | Interest | | | Matured | 09/01/12 | M | | |
| 143.  -MFC SPDR Gold Tr Gold shrs (GLD) | | Interest | | T | Buy | 12/18/12 | L | | " " |
| 144.  -MA State | | Interest | | T | | | | | " " |
| 145.  -DeSoto Co., Miss | | Interest | | | Matured | 10/01/12 | M | | |
| 146.  -Cherokee Co., GA | | Interest | | T | | | | | " " |
| 147.  ⬜ FT #2/KL, Milw - Co-Ttee | G | | P1 | T | | | | | B2=di, int, cap gain distributions |
| 148.  -Schwab Govt. Money Fund | | Interest | | T | | | | | |
| 149.  -Canada Gov. | | Interest | | T | | | | | |
| 150.  -Ishares JPM Emerg. Mkts Bd | | Interest | | T | | | | | |
| 151.  -Albany County, NY | | Interest | | T | Buy | 09/19/12 | M | | |
| 152.  -Boston, MA Go Bnds | | Int./Div. | | T | | | | | |
| 153.  -Maricopa Cnty AZ Sch Dist NSI | | Interest | | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cudahy, Richard D. | 05/15/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. -TN State GO Bnds | | Interest | | T | | | | | |
| 155. -SC ST GO ST ECO | | Interest | | T | | | | | |
| 156. -Rockland County, NY | | Interest | | T | Buy | 08/28/12 | M | | |
| 157. -Ishares MSCI XNHUA IDX (FXI) China 25 | | Interest | | T | | | | | |
| 158. -Select Sector SPDR Tr. SBI Cons Discr | | | | T | Buy | 11/30/12 | L | | |
| 159. -Select Sector SPDR Tr. SBI Int Energy | | | | T | Buy | 11/30/12 | L | | |
| 160. -Select Sector SPDR Tr. SBI Int Tech | | | | T | Buy | 11/30/12 | L | | |
| 161. -Shawnee KS Internal | | Interest | | T | | | | | |
| 162. -Gulf Coast Waste TX | | Interest | | T | | | | | |
| 163. -Tacoma WA Water | | Interest | | T | | | | | |
| 164. -Ishares MSCI Australia | | Dividend | | T | | | | | |
| 165. -Brazil Federative Rep. | | Interest | | T | | | | | |
| 166. -Ishares MSCI Singapore | | Dividend | | T | | | | | |
| 167. -Ishares Inc MSCI Malaysia | | Interest | | T | | | | | |
| 168. -MFC Ishares Tr (Indonesia ETF) EIDO | | Dividend | | T | | | | | |
| 169. -Ishares TR MSCI ACWI EX | | Dividend | | T | | | | | |
| 170. -SPDR Gold Tr. Gold Shs | | Interest | | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cudahy, Richard D. | 05/15/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. -NY GO Bnds | B | Interest | | | Sold | 08/15/12 | L | B | |
| 172. -Flagler Co FL Ltd. GO Bnd | | Interest | | T | | | | | |
| 173. -Fairfax Co VA Ref Pub I | | Interest | | T | | | | | |
| 174. -Vanguard Index500 Pofolio | | Dividend | | T | Buy (add'l) | 03/21/12 | J | | Reinv Dividends |
| 175. | | Dividend | | T | Buy (add'l) | 06/22/12 | J | | " |
| 176. | | Dividend | | | Buy (add'l) | 09/21/12 | J | | " |
| 177. | | Dividend | | | Buy (add'l) | 12/21/12 | J | | " |
| 178. -Vanguard Healthcare Portfolio | | Dividend | | T | Buy (add'l) | 03/21/12 | J | | " |
| 179. | | | | | Sold (part) | 11/30/12 | N | | |
| 180. | | | | | Buy (add'l) | 12/17/12 | K | | " |
| 181. T Rowe Price MidCap Growth | | | | T | Buy (add'l) | 12/14/12 | K | | " |
| 182. [redacted] 1976 TRUST/ KL&JSC TTEES | E | | P1 | T | | | | | B2=div, int, cap gain distributions |
| 183. -Charles Schwab Govt. Money Fund | | Interest | | T | | | | | |
| 184. -Leander, TX Ind. Sch. | B | Interest | | | Matured | 08/15/12 | K | B | |
| 185. -L.A. Calif Comm Coll GO BDS | | Interest | | T | | | | | |
| 186. -Maricopa Cty AZ Sch Dist NSI | | Interest | | T | | | | | |
| 187. -Suffolk County, NY | | Interest | | T | Buy | 08/27/12 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. -NY GO Bonds | | Interest | | T | | | | | |
| 189. -Burlington Twp NJ Ret GO Bnd | | Interest | | T | | | | | |
| 190. -Boston MA GO BDS | | Interest | | T | | | | | |
| 191. -Ishares JPM Emerg Mk Bd | | Interest | | T | | | | | |
| 192. -Ishares Tr Indo Invs Mkt (EIDO) MFC Shares | | Dividend | | T | | | | | |
| 193. -Ishares Tr FTSE XNHUA Idx China 25 | | Interest | | T | | | | | |
| 194. -Select Sector SPDR Tr SB1 Cons Discr | | Interest | | T | Buy | 11/30/12 | K | | |
| 195. -Select Sector SPDR Tr SB1 Int-Energy | | Interest | | T | Buy | 11/30/12 | K | | |
| 196. -Select Sector SPDR Tr SB1 Int-Tech | | Interest | | T | Buy | 11/30/12 | K | | |
| 197. -Ishares Tr MSCI ACWI Ex | | Interest | | T | | | | | |
| 198. -Brazil Federative Rep. | | Interest | | T | | | | | |
| 199. -Ishares MSCI Singapore | | Dividend | | T | | | | | |
| 200. -Ishares Inc. MSCI Malaysia | | Dividend | | T | | | | | |
| 201. -MFC Shares Tr (EID) ETF (Ishares Tr. Indo Invs. Mkt) | | Dividend | | | | | | | |
| 202. -Vanguard Index Tr 500 | | Dividend | | T | Buy (add'l) | 03/23/12 | J | | Reinv. Divs. |
| 203. | | Dividend | | T | Buy (add'l) | 06/22/12 | J | | " |
| 204. | | Dividend | | T | Buy (add'l) | 09/21/12 | J | | " |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cudahy, Richard D. | 05/15/2013 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. | | Dividend | | T | Buy (add'l) | 12/21/12 | J | | " |
| 206. -Vanguard Health Care | | Dividend | | T | Buy (add'l) | 03/21/12 | J | | " |
| 207. | | | | | Sold (part) | 11/30/12 | M | | |
| 208. | | | | | Buy (add'l) | 12/17/12 | J | | " |
| 209. -T Rowe Price MidCap Growth | | | | T | Buy (add'l) | 12/14/12 | J | | " |
| 210. -SPDR Gold Tr Gold Shrs | | | | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cudahy, Richard D. | 05/15/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

VII. Assets formerly in the name [                    ] were converted on August 27, 2012, to ownership [                    ] For purposes of clarity as to which ones they are, an asterisk has been added before the name of each asset in this report.

Line 2 contains a life insurance policy that had been lost to recordkeeping for several decades due to failure to make a change of address at the time. Back premiums have been settled, and a report of interest earned will be received each year.

Line 201 is a duplicate of Line 192 and will be removed for next year.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Richard D. Cudahy**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544